1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,   )     Case No.: CR04-0084-VAP
                       )

10

              Plaintiff,   )     ORDER OF DETENTION PENDING
          v.         )     FURTHER REVOCATION

11

                            PROCEEDINGS
                            (FED.R. CRIM. P.32.1(a)(6); 18

12

MARIO VALLE,           )     U.S.C. § 3143(a) (1))
             Defendant.  )

13

_____)

14

     The defendant having been arrested in this District pursuant to a warrant

15

issued by the United States District Court for the   CENTRAL

16

 District of  California                     for alleged violation(s) of the

17

terms and conditions of probation or supervised release; and

18

     Having conducted a detention hearing pursuant to Federal Rule of Criminal

19

Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

20

A. (X)    The defendant has not met his/her burden of establishing by clear and

21

       convincing evidence that he/she is not likely to flee if released under

22

       18 U.S.C. § 3142(b) or (c). This finding is based on the following:

23

      (x) information in the Pretrial Services Report and Recommendation

24

      (x) information in the violation petition and report(s)

25

      (x) the defendant's nonobjection to detention at this time

26

    ( ) other: _____

27

28

    and/or

1  B. (x)      The defendant has not met his/her burden of establishing by clear and

2            convincing evidence that he/she is not likely to pose a danger to the safety

3            of any other person or the community if released under 18 U.S.C. §

4            3142(b) or (c).  This finding is based on the following:

5            (x)  information in the Pretrial Services Report and Recommendation

6            (x)  information in the violation petition and report(s)

7            (x) the defendant's nonobjection to detention at this time

8            ( ) other: _____

9

10   IT THEREFORE IS ORDERED that the defendant be detained pending the further

11  revocation proceedings.

12

13  DATED:  February 22, 2017      _____

14                                                  KENLY KIYA KATO
                                                     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28